# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY ANNE E. LUNDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:17-cv-02781-TWP-TAB |
| INDIANA UNIVERSITY HEALTH, | ) ) ) |
| Defendant. | ) |

## ORDER STRIKING AMENDED COMPLAINT (DKT. 6) AND INSTRUCTIONS TO PLAINTIFF ON FILING A SECOND AMENDED COMPLAINT

Plaintiff, Mary Anne E. Lundy, *pro se*, brings this employment action against her former employer, Indiana University Health, on allegations that she was harassed while she was pregnant and suffering from severe depression. The Court has previously screened the original complaint and dismissed all claims against any co-workers because the claims Plaintiff has filed cannot be brought against individual employees. *See* Dkt. 4.

On September 12, 2017, Plaintiff filed an Amended Complaint (Dkt. 6), however that Complaint must be stricken because it does not comply with the federal rules. Plaintiff is given leave to file a second amended complaint.

The Amended Complaint contains one sentence: "This is a revised statement of story that I file more detail and dates etc." Attached to the Amended Complaint is an email communication. This filing is insufficient because an amended complaint completely replaces the original complaint. Plaintiff is not allowed to piecemeal or refer to statements contained in the original complaint.

In filing her second amended complaint, the Plaintiff shall conform to the following guidelines: (a) the second amended complaint shall comply with the requirement of Rule 8(a)(2)

of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . . ," (b) the amended complaint must identify what legal injury she claims to have suffered and what persons are responsible for each such legal injury, and (c) the second amended complaint shall contain a clear statement of the relief which is sought.

For the reasons stated above, the Amended Complaint (Dkt. 6) is **STRICKEN**. Plaintiff is given until **October 6, 2017** to file her Second Amended Complaint. Thereafter, Defendants shall file an Answer or otherwise respond. The Court suggest that Plaintiff use the Complaint Form (for non-prisoner filers without lawyers) when preparing her Second Amended Complaint.

The **CLERK** shall include a copy of the Complaint Form with this mailing.

**SO ORDERED.**

Date: 9/22/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Mary Anne E. Lundy
4227 Kenneth Avenue, Apt. 1
Indianapolis, Indiana 46226

Laurie E. Martin
HOOVER HULL TURNER LLP
lmartin@hooverhullturner.com